

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN C. DOTY | CIVIL ACTION |
| VERSUS | NUMBER 09-7018 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "D" (3) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is DENIED, the Plaintiff's Motion for Summary Judgment is GRANTED and that the opinion of the Administrative Law Judge is VACATED and this suit REMANDED for further proceedings consistent with the Report and Recommendation.

New Orleans, Louisiana, this 25th day Oct., 2010.

UNITED STATES DISTRICT JUDGE