UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRIAN C. DOTY**                                                    **CIVIL ACTION**

**VERSUS**                                                           **NO. 09-7018**

**MICHAEL J. ASTRUE, Commissioner of**                               **SECTION "D" (5)**
**the Social Security Administration**

**O R D E R**

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendations, and the Objection to the Magistrate Judge's Report and Recommendations (Rec. Doc. 26)[1] filed by plaintiff on February 18, 2011, hereby approves the Magistrate Judge's Report and Recommendations (Rec. Doc. 25) and adopts it as its opinion since it is neither clearly erroneous nor contrary to law. Accordingly,

**IT IS ORDERED** that the Application for Attorney Fees under the Equal Access to Justice Act (Rec. Doc. 19) is hereby GRANTED, in that the Comissioner is ordered to pay attorney's fees to the litigant, Brian C. Doty, in the amount of $3,500.00 (28 hours at $125.00 per hour).

New Orleans, Louisiana, this 27th day of March, 2011.

                                            _____
                                                    A. J. McNAMARA
                                            UNITED STATES DISTRICT JUDGE

---

[1] The court is not persuaded by Plaintiff's argument grounded in the caveat that the Government has discontinued the direct payment practice "*except in cases where plaintiff does not owe a federal debt and has assigned [his] right to fees to the attorney.*" *Michael J. Astrue v. Ratliff*, 103 S.Ct. 2521, 2523 (2010) (italicized emphasis added). The fact remains there is nothing in this record that establishes that the plaintiff owes no federal debt. Suffice it to say, "the statute's plain text does the opposite [of what counsel in this case has proposed] – it 'awards' the fees to the litigant, and thus subjects them to a federal administrative offset if the litigant has outstanding federal debts." *Id.* at 2527.